October 22, 1982.

452 A.2d 52

Alfrey, et al., Appellants v. Darrah, et al.

Argued February 22, 1982. Catherine M. Harper, for appellants; Robert L. White, for Darrah, appellee; Robert Adam Sloan, for Home Agency, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Affirmed.

452 A.2d 53

Anthony v. Harleysville Ins. Co., Appellant.

Anthony, Appellant v. Harleysville Ins. Co.

Argued June 9, 1982. Robert D. Kodak, for appellant (at No. 2955) and for appellee (at No. 2956); Hubert Xavier Gilroy, for appellant (at No. 2956) and for appellee (at No. 2955).

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.